# EXHIBIT A

| Payor | Litigation Type | Dispute | PCN | Case ID | CPT Code | Service_Date | PayerClaim# | Money Still Owed | Actual Decision Date | Awarded Total | *Total Payments | Still Owed | Litigation ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meritain Health | Litigation | DISP-93818 | 2400064464 | 100003179524 | 95941 | 05/10/2022 | 616PH24 | Yes | 6/28/2024 | $1,654 | $0 | $1,654 | 24 |
| Meritain Health | Litigation | DISP-161754 | 1700528353 | 100003189246 | 95941 | 06/06/2022 | FA18C37 | Yes | 6/13/2024 | $1,654 | $244 | $1,410 | 24 |
| Meritain Health | Litigation | DISP-180305 | 1700522612 | 100003205970 | 9593826 | 06/06/2022 | FD7JH71 | Yes | 4/3/2023 | $1,158 | $33 | $1,125 | 24 |
| Meritain Health | Litigation | DISP-180305 | 1700528315 | 100003196191 | 9593826 | 06/28/2022 | FB6S912 | Yes | 4/3/2023 | $1,158 | $43 | $1,115 | 24 |
| Meritain Health | Litigation | DISP-180456 | 1700528315 | 100003196191 | G0453 | 06/28/2022 | FB6S912 | Yes | 4/3/2023 | $407 | $168 | $239 | 24 |
| Meritain Health | Litigation | DISP-180456 | 1700536612 | 100003228824 | G0453 | 07/18/2022 | FE1T093 | Yes | 4/3/2023 | $407 | $93 | $313 | 24 |
| Meritain Health | Litigation | DISP-180456 | 1700539428 | 100003226904 | G0453 | 07/28/2022 | FF8C060 | Yes | 4/3/2023 | $407 | $38 | $369 | 24 |
| Meritain Health | Litigation | DISP-180470 | 1700539428 | 100003226904 | 9593826 | 07/28/2022 | FF8C060 | Yes | 5/24/2024 | $1,158 | $563 | $595 | 24 |
| Meritain Health | Litigation | DISP-180546 | 1700534335 | 100003250439 | 9593826 | 08/01/2022 | FD3WG77 | Yes | 8/10/2023 | $1,158 | $86 | $1,071 | 24 |
| Meritain Health | Litigation | DISP-180697 | 2400067759 | 100003229329 | 95941 | 06/29/2022 | FA5QU93 | Yes | 4/27/2023 | $1,654 | $639 | $1,015 | 24 |
| Meritain Health | Litigation | DISP-199835 | 1700535543 | 100003215152 | 9593826 | 08/01/2022 | FD6BW37 | Yes | 10/8/2024 | $1,158 | $90 | $1,068 | 24 |
| Meritain Health | Litigation | DISP-199835 | 1700540050 | 100003274936 | 9593826 | 08/05/2022 | FG25Q40 | Yes | 10/8/2024 | $1,158 | $130 | $1,027 | 24 |
| Meritain Health | Litigation | DISP-199902 | 1700535543 | 100003215152 | 9593926 | 08/01/2022 | FD6BW37 | Yes | 8/2/2023 | $1,570 | $320 | $1,249 | 24 |
| Meritain Health | Litigation | DISP-213958 | 1700543335 | 100003267753 | 9593826 | 09/09/2022 | FI5FI90 | Yes | 9/19/2024 | $1,158 | $81 | $1,077 | 24 |
| Meritain Health | Litigation | DISP-214124 | 1700520505 | 100003180390 | 95941 | 05/19/2022 | FC77Q65 | Yes | 9/19/2024 | $1,654 | $567 | $1,088 | 24 |
| Meritain Health | Litigation | DISP-214449 | 2400066193 | 100003158161 | 9593826 | 06/08/2022 | F95WZ13 | Yes | 9/19/2024 | $1,158 | $963 | $194 | 24 |
| Meritain Health | Litigation | DISP-214644 | 2400066193 | 100003158161 | 95941 | 06/08/2022 | F95WZ13 | Yes | 6/9/2023 | $1,654 | $786 | $869 | 24 |
| Meritain Health | Litigation | DISP-214645 | 1700510307 | 100003127183 | 9593826 | 04/14/2022 | FE2GI96 | Yes | 4/30/2024 | $1,158 | $55 | $1,102 | 24 |
| Meritain Health | Litigation | DISP-214645 | 1700520505 | 100003180390 | 9593826 | 05/19/2022 | FC77Q65 | Yes | 4/30/2024 | $1,158 | $74 | $1,083 | 24 |
| Meritain Health | Litigation | DISP-214730 | 1700534484 | 100003251139 | 95941 | 07/18/2022 | FD37D71 | Yes | 6/24/2024 | $1,654 | $487 | $1,168 | 24 |
| Meritain Health | Litigation | DISP-214730 | 1700541684 | 100003240250 | 95941 | 07/28/2022 | FH14K16 | Yes | 6/24/2024 | $1,654 | $639 | $1,016 | 24 |
| Meritain Health | Litigation | DISP-214730 | 1700545972 | 100003281931 | 95941 | 08/19/2022 | FJ32F80 | Yes | 6/24/2024 | $1,654 | $586 | $1,068 | 24 |
| Meritain Health | Litigation | DISP-228603 | 1700539258 | 100003289156 | G0453 | 08/17/2022 | FF6D599 | Yes | 6/20/2023 | $407 | $73 | $333 | 24 |
| Meritain Health | Litigation | DISP-228812 | 1700533122 | 100003235534 | 9593826 | 07/27/2022 | FC4D137 | Yes | 6/19/2023 | $1,158 | $1,024 | $134 | 24 |
| Meritain Health | Litigation | DISP-228812 | 1700539258 | 100003289156 | 9593826 | 08/17/2022 | FF6D599 | Yes | 6/19/2023 | $1,158 | $81 | $1,077 | 24 |
| Meritain Health | Litigation | DISP-263209 | 1700546509 | 100003302269 | 9593826 | 09/06/2022 | FJ43E54 | Yes | 10/30/2024 | $1,158 | $86 | $1,071 | 24 |
| Meritain Health | Litigation | DISP-263211 | 1700537635 | 100003270507 | 9587026 | 08/08/2022 | FI38U46 | Yes | 10/18/2024 | $462 | $50 | $413 | 24 |
| Meritain Health | Litigation | DISP-263211 | 1700546509 | 100003302269 | 9587026 | 09/06/2022 | FJ43E54 | Yes | 10/18/2024 | $308 | $119 | $190 | 24 |
| Meritain Health | Litigation | DISP-263211 | 1700547928 | 100003318032 | 9587026 | 09/13/2022 | FJ9CR60 | Yes | 10/18/2024 | $308 | $136 | $172 | 24 |
| Meritain Health | Litigation | DISP-263211 | 1700548537 | 100003239839 | 9587026 | 09/13/2022 | FK0X871 | Yes | 10/18/2024 | $308 | $105 | $203 | 24 |
| Meritain Health | Litigation | DISP-263211 | 1700548917 | 100003322278 | 9587026 | 09/15/2022 | FK1N331 | Yes | 10/18/2024 | $308 | $112 | $197 | 24 |
| Meritain Health | Litigation | DISP-263509 | 1700547928 | 100003318032 | G0453 | 09/13/2022 | FJ9CR60 | Yes | 8/7/2024 | $813 | $102 | $711 | 24 |
| Meritain Health | Litigation | DISP-278171 | 1700543175 | 100003290444 | G0453 | 09/02/2022 | FI25Y50 | Yes | 4/30/2024 | $407 | $199 | $208 | 24 |
| Meritain Health | Litigation | DISP-278171 | 1700551264 | 100003256404 | G0453 | 10/05/2022 | FL4TU33 | Yes | 4/30/2024 | $407 | $25 | $381 | 24 |
| Meritain Health | Litigation | DISP-278171 | 1700551978 | 100003299910 | G0453 | 09/29/2022 | FL8R225 | Yes | 4/30/2024 | $407 | $0 | $407 | 24 |
| Meritain Health | Litigation | DISP-278171 | 1700552627 | 100003293454 | G0453 | 10/10/2022 | FM1G408 | Yes | 4/30/2024 | $407 | $58 | $348 | 24 |
| Meritain Health | Litigation | DISP-303044 | 2400076014 | 100003307126 | 95941 | 10/07/2022 | FP05L39 | Yes | 2/14/2024 | $1,654 | $756 | $898 | 24 |
| Meritain Health | Litigation | DISP-303278 | 1700559860 | 100003375580 | 9593826 | 11/03/2022 | FR70U93 | Yes | 6/19/2023 | $1,158 | $90 | $1,068 | 24 |
| Meritain Health | Litigation | DISP-303349 | 1700549012 | 100003306717 | G0453 | 09/23/2022 | FK1N347 | Yes | 9/26/2024 | $813 | $117 | $696 | 24 |
| Meritain Health | Litigation | DISP-303349 | 1700555551 | 100003336722 | G0453 | 10/24/2022 | FN5VT13 | Yes | 9/26/2024 | $813 | $117 | $696 | 24 |
| Meritain Health | Litigation | DISP-303349 | 1700555991 | 100003342384 | G0453 | 10/03/2022 | FN9KH46 | Yes | 9/26/2024 | $2,439 | $376 | $2,063 | 24 |
| Meritain Health | Litigation | DISP-303349 | 1700559419 | 100003373882 | G0453 | 10/28/2022 | FR4NN55 | Yes | 9/26/2024 | $407 | $58 | $348 | 24 |
| Meritain Health | Litigation | DISP-303349 | 1700559860 | 100003375580 | G0453 | 11/03/2022 | FR70U93 | Yes | 9/26/2024 | $813 | $117 | $696 | 24 |
| Meritain Health | Litigation | DISP-303367 | 1700544309 | 100003188928 | 9593826 | 09/09/2022 | FU7N361 | Yes | 9/26/2024 | $1,158 | $90 | $1,068 | 24 |
| Meritain Health | Litigation | DISP-303367 | 1700555991 | 100003342384 | 9593826 | 10/03/2022 | FN9KH46 | Yes | 9/26/2024 | $1,158 | $73 | $1,085 | 24 |

| Payor | Litigation Type | Dispute | PCN | Case ID | CPT Code | Service_Date | PayerClaim# | Money Still Owed | Actual Decision Date | Awarded Total | *Total Payments | Still Owed | Litigation ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meritain Health | Litigation | DISP-329144 | 1700553171 | 100003343159 | 9593826 | 10/03/2022 | FM1YG57 | Yes | 11/6/2024 | $1,158 | $71 | $1,087 | 24 |
| Meritain Health | Litigation | DISP-329144 | 1700555823 | 100003326228 | 9593826 | 10/07/2022 | FN7TS27 | Yes | 11/6/2024 | $1,158 | $76 | $1,081 | 24 |
| Meritain Health | Litigation | DISP-329144 | 1700557981 | 100003374638 | 9593826 | 10/28/2022 | FQ4JL51 | Yes | 11/6/2024 | $1,158 | $72 | $1,085 | 24 |
| Meritain Health | Litigation | DISP-329144 | 1700559682 | 100003345951 | 9593826 | 11/07/2022 | FR6UA06 | Yes | 11/6/2024 | $1,158 | $81 | $1,077 | 24 |
| Meritain Health | Litigation | DISP-329144 | 1700561486 | 100003379143 | 9593826 | 11/02/2022 | FS5UX43 | Yes | 11/6/2024 | $1,158 | $90 | $1,068 | 24 |
| Meritain Health | Litigation | DISP-329144 | 1700562395 | 100003362805 | 9593826 | 10/21/2022 | FS8R150 | Yes | 11/6/2024 | $1,158 | $81 | $1,076 | 24 |
| Meritain Health | Litigation | DISP-359269 | 1700564421 | 100003381604 | 9593926 | 11/17/2022 | FU1TP34 | Yes | 5/9/2024 | $1,570 | $279 | $1,291 | 24 |
| Meritain Health | Litigation | DISP-359269 | 1700565570 | 100003390479 | 9593926 | 11/15/2022 | FU7KK14 | Yes | 5/9/2024 | $1,570 | $95 | $1,475 | 24 |
| Meritain Health | Litigation | DISP-359583 | 1700564421 | 100003381604 | 9593826 | 11/17/2022 | FU1TP34 | Yes | 10/21/2024 | $1,158 | $78 | $1,080 | 24 |
| Meritain Health | Litigation | DISP-359583 | 1700565570 | 100003390479 | 9593826 | 11/15/2022 | FU7KK14 | Yes | 10/21/2024 | $1,158 | $37 | $1,121 | 24 |
| Meritain Health | Litigation | DISP-359754 | 1700565570 | 100003390479 | 95941 | 11/15/2022 | FU7KK14 | Yes | 3/27/2024 | $1,654 | $502 | $1,153 | 24 |
| Meritain Health | Litigation | DISP-369559 | 1700562323 | 100003348361 | 9593826 | 10/27/2022 | FS8R147 | Yes | 11/6/2024 | $1,158 | $47 | $1,111 | 24 |
| Meritain Health | Litigation | DISP-369778 | 1700565634 | 100003305387 | 9593926 | 09/19/2022 | FU8EK45 | Yes | 10/21/2024 | $1,570 | $307 | $1,263 | 24 |
| Meritain Health | Litigation | DISP-393813 | 1700569061 | 100003377490 | 95941 | 11/25/2022 | FW09G37 | Yes | 7/19/2023 | $1,654 | $1,312 | $342 | 24 |
| Meritain Health | Litigation | DISP-393866 | 1700559960 | 100003352093 | G0453 | 11/04/2022 | FR95L83 | Yes | 9/19/2024 | $407 | $32 | $374 | 24 |
| Meritain Health | Litigation | DISP-393866 | 1700562747 | 100003371705 | G0453 | 11/11/2022 | FT0BL27 | Yes | 9/19/2024 | $407 | $58 | $348 | 24 |
| Meritain Health | Litigation | DISP-393866 | 1700564276 | 100003381115 | G0453 | 11/07/2022 | FU3WZ66 | Yes | 9/19/2024 | $1,220 | $0 | $1,220 | 24 |
| Meritain Health | Litigation | DISP-393866 | 1700569605 | 100003382820 | G0453 | 12/01/2022 | FW5PH22 | Yes | 9/19/2024 | $407 | $100 | $306 | 24 |
| Meritain Health | Litigation | DISP-393866 | 1700572432 | 100003348653 | G0453 | 12/05/2022 | FX7IX69 | Yes | 9/19/2024 | $407 | $82 | $325 | 24 |
| Meritain Health | Litigation | DISP-393885 | 1700564276 | 100003381115 | 9593826 | 11/07/2022 | FU3WZ66 | Yes | 7/28/2023 | $1,158 | $0 | $1,158 | 24 |
| Meritain Health | Litigation | DISP-393885 | 1700566247 | 100003386775 | 9593826 | 11/09/2022 | FU61I62 | Yes | 7/28/2023 | $1,158 | $64 | $1,094 | 24 |
| Meritain Health | Litigation | DISP-393885 | 1700567369 | 100003416308 | 9593826 | 12/02/2022 | FV4YN34 | Yes | 7/28/2023 | $1,158 | $90 | $1,068 | 24 |
| Meritain Health | Litigation | DISP-393885 | 1700569061 | 100003377490 | 9593826 | 11/25/2022 | FW09G37 | Yes | 7/28/2023 | $1,158 | $789 | $368 | 24 |
| Meritain Health | Litigation | DISP-394350 | 1700562747 | 100003371705 | 9593926 | 11/11/2022 | FT0BL27 | Yes | 10/21/2024 | $1,570 | $320 | $1,249 | 24 |
| Meritain Health | Litigation | DISP-394350 | 1700566247 | 100003386775 | 9593926 | 11/09/2022 | FU61I62 | Yes | 10/21/2024 | $1,570 | $227 | $1,343 | 24 |
| Meritain Health | Litigation | DISP-394350 | 1700569061 | 100003377490 | 9593926 | 11/25/2022 | FW09G37 | Yes | 10/21/2024 | $1,570 | $994 | $576 | 24 |
| Meritain Health | Litigation | DISP-394377 | 1700564934 | 100003342369 | 9593826 | 11/22/2022 | FU3WZ44 | Yes | 2/14/2024 | $1,158 | $76 | $1,082 | 24 |
| Meritain Health | Litigation | DISP-404013 | 1700565920 | 100003391914 | 9593826 | 11/15/2022 | FU7CP99 | Yes | 9/19/2024 | $1,158 | $74 | $1,083 | 24 |
| Meritain Health | Litigation | DISP-404013 | 1700567921 | 100003396134 | 9593826 | 12/07/2022 | FV5J591 | Yes | 9/19/2024 | $1,158 | $179 | $978 | 24 |
| Meritain Health | Litigation | DISP-404019 | 2400075780 | 100003363271 | 9593826 | 10/21/2022 | FP59I77 | Yes | 9/20/2024 | $1,158 | $96 | $1,062 | 24 |
| Meritain Health | Litigation | DISP-404041 | 2400075780 | 100003363271 | 9593926 | 10/21/2022 | FP59I77 | Yes | 2/12/2024 | $1,570 | $342 | $1,227 | 24 |
| Meritain Health | Litigation | DISP-424143 | 1700577304 | 100003425619 | 9593926 | 12/13/2022 | SK51136 | Yes | 5/15/2024 | $298 | $271 | $27 | 24 |
| Meritain Health | Litigation | DISP-437541 | 1700583063 | 100003420856 | 9593926 | 01/19/2023 | G11G351 | Yes | 7/28/2024 | $1,570 | $159 | $1,411 | 24 |
| Meritain Health | Litigation | DISP-437541 | 1700589583 | 100003497595 | 9593926 | 02/21/2023 | G44L592 | Yes | 7/28/2024 | $1,570 | $76 | $1,494 | 24 |
| Meritain Health | Litigation | DISP-437822 | 2400083356 | 100003464331 | 95941 | 01/17/2023 | G06AX76 | Yes | 8/2/2023 | $1,654 | $1,527 | $127 | 24 |
| Meritain Health | Litigation | DISP-437887 | 1700564376 | 100003372136 | 9593826 | 11/07/2022 | FU0FS25 | Yes | 8/2/2023 | $1,158 | $554 | $604 | 24 |
| Meritain Health | Litigation | DISP-509081 | 1700591905 | 100003502730 | 9593826 | 02/20/2023 | G57KE13 | Yes | 1/31/2024 | $1,158 | $586 | $571 | 24 |
| Meritain Health | Litigation | DISP-559574 | 1700599190 | 100003544565 | G0453 | 03/22/2023 | GD0VA11 | Yes | 5/27/2024 | $2,439 | $136 | $2,303 | 24 |
| Meritain Health | Litigation | DISP-559583 | 1700596893 | 100003535501 | 9593926 | 03/20/2023 | G84F548 | Yes | 4/4/2024 | $1,570 | $0 | $1,570 | 24 |
| Meritain Health | Litigation | DISP-559717 | 1700596893 | 100003535501 | 9593826 | 03/20/2023 | G84F548 | Yes | 2/14/2024 | $1,158 | $0 | $1,158 | 24 |
| Meritain Health | Litigation | DISP-681369 | 1700611421 | 100003608379 | 9593926 | 05/17/2023 | GH3HL79 | Yes | 2/21/2024 | $1,570 | $132 | $1,438 | 24 |
| Meritain Health | Litigation | DISP-681401 | 1700618768 | 100003634995 | 9593926 | 06/05/2023 | GK69Z18 | Yes | 4/3/2024 | $1,570 | $95 | $1,475 | 24 |
| Meritain Health | Litigation | DISP-681446 | 1700611941 | 100003598407 | 9593826 | 05/11/2023 | GH3HY74 | Yes | 10/21/2024 | $1,158 | $73 | $1,084 | 24 |
| Meritain Health | Litigation | DISP-681487 | 1700611470 | 100003574854 | 9593926 | 05/08/2023 | GG8SZ70 | Yes | 3/9/2024 | $1,570 | $239 | $1,330 | 24 |
| Meritain Health | Litigation | DISP-681536 | 1700618768 | 100003634995 | 9593826 | 06/05/2023 | GK69Z18 | Yes | 4/16/2024 | $1,158 | $37 | $1,121 | 24 |

| Payor | Litigation Type | Dispute | PCN | Case ID | CPT Code | Service_Date | PayerClaim# | Money Still Owed | Actual Decision Date | Awarded Total | *Total Payments | Still Owed | Litigation ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meritain Health | Litigation | DISP-681549 | 1700608232 | 100003582197 | 9593826 | 05/03/2023 | GF30U16 | Yes | 2/9/2024 | $1,158 | $1,050 | $107 | 24 |
| Meritain Health | Litigation | DISP-681552 | 1700615241 | 100003622126 | 9593826 | 05/25/2023 | GI7MS55 | Yes | 6/11/2024 | $1,158 | $777 | $380 | 24 |
| Meritain Health | Litigation | DISP-681577 | 1700611470 | 100003574854 | 9593826 | 05/08/2023 | GG8SZ70 | Yes | 2/6/2024 | $1,158 | $91 | $1,067 | 24 |
| Meritain Health | Litigation | DISP-681650 | 1700619959 | 100003630166 | 9593826 | 06/06/2023 | GL0HN74 | Yes | 4/11/2024 | $1,158 | $43 | $1,115 | 24 |
| Meritain Health | Litigation | DISP-681664 | 1700608393 | 100003592295 | 95941 | 05/02/2023 | GF4GI50 | Yes | 2/5/2024 | $3,309 | $1,155 | $2,153 | 24 |
| Meritain Health | Litigation | DISP-681887 | 1700612302 | 100003568011 | 9593826 | 05/10/2023 | GH6H215 | Yes | 3/8/2024 | $1,158 | $1,010 | $147 | 24 |
| Meritain Health | Litigation | DISP-682129 | 1700593385 | 100003518576 | 9593826 | 03/01/2023 | G63YA59 | Yes | 11/14/2024 | $1,158 | $50 | $1,107 | 24 |
| Meritain Health | Litigation | DISP-682200 | 1700623951 | 100003635366 | 9593926 | 07/06/2023 | GN06P32 | Yes | 2/5/2024 | $1,570 | $1,242 | $328 | 24 |
| Meritain Health | Litigation | DISP-682225 | 1700596079 | 100003525981 | 9593826 | 03/07/2023 | G814F31 | Yes | 3/26/2024 | $1,158 | $52 | $1,105 | 24 |
| Meritain Health | Litigation | DISP-682336 | 1700623951 | 100003635366 | 9593826 | 07/06/2023 | GN06P32 | Yes | 2/8/2024 | $1,158 | $1,012 | $145 | 24 |
| Meritain Health | Litigation | DISP-682419 | 1700608232 | 100003582197 | 9593926 | 05/03/2023 | GF30U16 | Yes | 2/2/2024 | $1,570 | $1,413 | $156 | 24 |
| Meritain Health | Litigation | DISP-682617 | 1700612302 | 100003568011 | 9593926 | 05/10/2023 | GH6H215 | Yes | 3/29/2024 | $1,570 | $1,239 | $331 | 24 |
| Meritain Health | Litigation | DISP-682647 | 1700609933 | 100003605042 | 9593826 | 05/10/2023 | GG3WT34 | Yes | 9/25/2024 | $55 | $50 | $5 | 24 |
| Meritain Health | Litigation | DISP-747720 | 1700624607 | 100003656769 | 9593826 | 06/23/2023 | GN1V770 | Yes | 3/12/2024 | $1,158 | $52 | $1,105 | 24 |
| Meritain Health | Litigation | DISP-747827 | 1700621474 | 100003644879 | 9593926 | 06/28/2023 | GM1BG07 | Yes | 2/13/2024 | $1,570 | $111 | $1,459 | 24 |
| Meritain Health | Litigation | DISP-774727 | 1700628999 | 100003692317 | 9593826 | 07/24/2023 | GQ6IC34 | Yes | 3/14/2024 | $1,158 | $57 | $1,101 | 24 |
| Meritain Health | Litigation | DISP-775260 | 2400096170 | 100003511388 | 95941 | 02/23/2023 | GQ3M420 | Yes | 3/14/2024 | $1,654 | $1,037 | $618 | 24 |
| Meritain Health | Litigation | DISP-868874 | 1700637496 | 100003713069 | 9593826 | 08/11/2023 | GV6SM85 | Yes | 5/1/2024 | $1,158 | $62 | $1,096 | 24 |
| Meritain Health | Litigation | DISP-869276 | 1700637496 | 100003713069 | 9593926 | 08/11/2023 | GV6SM85 | Yes | 4/26/2024 | $1,570 | $163 | $1,407 | 24 |
| Meritain Health | Litigation | DISP-869518 | 1700635290 | 100003716685 | G0453 | 08/18/2023 | GT9JE99 | Yes | 8/10/2024 | $1,220 | $108 | $1,111 | 24 |
| Meritain Health | Litigation | DISP-910042 | 1700626997 | 100003679339 | 9593926 | 07/13/2023 | GU8IF72 | Yes | 5/16/2024 | $1,570 | $132 | $1,438 | 24 |
| Meritain Health | Litigation | DISP-910607 | 1700637589 | 100003681952 | G0453 | 08/25/2023 | GV8DA72 | Yes | 11/18/2024 | $813 | $70 | $743 | 24 |
| Meritain Health | Litigation | DISP-936916 | 1700642305 | 100003754798 | 9593826 | 09/20/2023 | GY8A184 | Yes | 11/26/2024 | $1,158 | $51 | $1,106 | 24 |
| Meritain Health | Litigation | DISP-982804 | 1700636553 | 100003700567 | 9587026 | 08/23/2023 | GV0DP34 | Yes | 10/23/2024 | $308 | $43 | $265 | 24 |
| Meritain Health | Litigation | DISP-982804 | 1700638278 | 100003731990 | 9587026 | 09/06/2023 | GW1SM06 | Yes | 10/23/2024 | $771 | $90 | $680 | 24 |
| Meritain Health | Litigation | DISP-990581 | 1700637644 | 100003726444 | 95941 | 08/28/2023 | GV5M193 | Yes | 9/13/2024 | $1,654 | $618 | $1,036 | 24 |
| Meritain Health | Litigation | DISP-1036712 | 1700618983 | 100003568439 | 9593926 | 06/13/2023 | GU9R453 | Yes | 5/31/2024 | $1,570 | $1,291 | $279 | 24 |
| Meritain Health | Litigation | DISP-1079413 | 1700639776 | 100003678734 | 9593926 | 07/13/2023 | GW8FC39 | Yes | 6/6/2024 | $1,570 | $193 | $1,377 | 24 |
| Meritain Health | Litigation | DISP-1079421 | 1700650159 | 100003762634 | 9593926 | 10/03/2023 | H308B61 | Yes | 8/28/2024 | $1,570 | $1,548 | $22 | 24 |
| Meritain Health | Litigation | DISP-1241071 | 1700647056 | 100003762285 | 9593926 | 09/21/2023 | HC5KX74 | Yes | 5/31/2024 | $1,570 | $161 | $1,409 | 24 |
| Meritain Health | Litigation | DISP-1290396 | 1700664655 | 100003710083 | 95941 | 12/20/2023 | HA9H197 | Yes | 6/20/2024 | $1,654 | $344 | $1,310 | 24 |
| Meritain Health | Litigation | DISP-1401190 | 1700659939 | 100003843617 | 95941 | 11/28/2023 | H87I564 | Yes | 11/15/2024 | $3,309 | $688 | $2,621 | 24 |
| Meritain Health | Litigation | DISP-1498461 | 1700555823 | 100003326228 | G0453 | 10/07/2022 | FN7TS27 | Yes | 10/1/2024 | $407 | $39 | $368 | 24 |
| Meritain Health | Litigation | DISP-1724618 | 1700693075 | 100003988385 | 9593826 | 04/08/2024 | HR6WL61 | Yes | 10/22/2024 | $1,158 | $1,146 | $11 | 24 |
| Meritain Health | Litigation | DISP-1772946 | 1700548537 | 100003239839 | 9593826 | 09/13/2022 | FK0X871 | Yes | 11/23/2024 | $1,158 | $76 | $1,081 | 24 |
| Meritain Health | Litigation | **Total** | | | | | | | | **$149,498** | **$38,449** | **$111,049** | **24** |
| Meritain Health | Non-Litigation | DISP-180919 | 1700534335 | 100003250439 | 9593926 | 08/01/2022 | FD3WG77 | Yes | 1/24/2025 | $1,570 | $308 | $1,261 | 0 |
| Meritain Health | Non-Litigation | DISP-180919 | 1700536110 | 100003210566 | 9593926 | 07/06/2022 | FD85N22 | Yes | 1/24/2025 | $1,570 | $0 | $1,570 | 0 |
| Meritain Health | Non-Litigation | DISP-214562 | 1700533010 | 100003256445 | 9593926 | 07/22/2022 | FG6N175 | Yes | 7/31/2023 | $1,570 | $345 | $1,225 | 0 |
| Meritain Health | Non-Litigation | DISP-214562 | 1700534484 | 100003251139 | 9593926 | 07/18/2022 | FD37D71 | Yes | 7/31/2023 | $1,570 | $731 | $839 | 0 |
| Meritain Health | Non-Litigation | DISP-214562 | 1700545972 | 100003281931 | 9593926 | 08/19/2022 | FJ32F80 | Yes | 7/31/2023 | $1,570 | $488 | $1,082 | 0 |
| Meritain Health | Non-Litigation | DISP-228620 | 1700533122 | 100003235534 | 9593926 | 07/27/2022 | FC4D137 | Yes | 2/20/2025 | $1,570 | $530 | $1,039 | 0 |
| Meritain Health | Non-Litigation | DISP-302768 | 1700544309 | 100003188928 | 9593926 | 09/09/2022 | FU7N361 | Yes | 12/3/2024 | $1,570 | $320 | $1,249 | 0 |
| Meritain Health | Non-Litigation | DISP-303117 | 2400076014 | 100003307126 | 9593826 | 10/07/2022 | FP05L39 | Yes | 12/3/2024 | $1,158 | $993 | $164 | 0 |
| Meritain Health | Non-Litigation | DISP-328922 | 1700553171 | 100003343159 | 9593926 | 10/03/2022 | FM1YG57 | Yes | 1/17/2025 | $1,570 | $185 | $1,385 | 0 |

| Payor | Litigation Type | Dispute | PCN | Case ID | CPT Code | Service_Date | PayerClaim# | Money Still Owed | Actual Decision Date | Awarded Total | *Total Payments | Still Owed | Litigation ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meritain Health | Non-Litigation | DISP-328922 | 1700559682 | 100003345951 | 9593926 | 11/07/2022 | FR6UA06 | Yes | 1/17/2025 | $1,570 | $290 | $1,280 | 0 |
| Meritain Health | Non-Litigation | DISP-328922 | 1700561486 | 100003379143 | 9593926 | 11/02/2022 | FS5UX43 | Yes | 1/17/2025 | $1,570 | $320 | $1,249 | 0 |
| Meritain Health | Non-Litigation | DISP-404364 | 1700565920 | 100003391914 | 9593926 | 11/15/2022 | FU7CP99 | Yes | 12/18/2024 | $1,570 | $266 | $1,304 | 0 |
| Meritain Health | Non-Litigation | DISP-404364 | 1700567921 | 100003396134 | 9593926 | 12/07/2022 | FV5J591 | Yes | 12/18/2024 | $1,570 | $1,240 | $329 | 0 |
| Meritain Health | Non-Litigation | DISP-437593 | 1700584463 | 100003479481 | 9593826 | 01/30/2023 | G25M110 | Yes | 7/22/2024 | $1,158 | $984 | $174 | 0 |
| Meritain Health | Non-Litigation | DISP-437780 | 1700584463 | 100003479481 | 95941 | 01/30/2023 | G25M110 | Yes | 7/12/2024 | $345 | $293 | $52 | 0 |
| Meritain Health | Non-Litigation | DISP-534376 | 1700586403 | 100003453831 | 95941 | 02/10/2023 | G26Z043 | Yes | 3/15/2024 | $351 | $319 | $32 | 0 |
| Meritain Health | Non-Litigation | DISP-535019 | 1700591129 | 100003500580 | G0453 | 02/28/2023 | G543A90 | Yes | 1/23/2025 | $1,220 | $1,185 | $34 | 0 |
| Meritain Health | Non-Litigation | DISP-535019 | 1700591357 | 100003470718 | G0453 | 03/01/2023 | G54SV23 | Yes | 1/23/2025 | $407 | $387 | $20 | 0 |
| Meritain Health | Non-Litigation | DISP-535019 | 1700600131 | 100003518322 | G0453 | 04/05/2023 | GA0UC42 | Yes | 1/23/2025 | $407 | $382 | $25 | 0 |
| Meritain Health | Non-Litigation | DISP-559826 | 1700594099 | 100003512962 | 9587026 | 03/13/2023 | G705T39 | Yes | 1/22/2025 | $308 | $43 | $265 | 0 |
| Meritain Health | Non-Litigation | DISP-559826 | 1700599190 | 100003544565 | 9587026 | 03/22/2023 | GD0VA11 | Yes | 1/22/2025 | $617 | $57 | $560 | 0 |
| Meritain Health | Non-Litigation | DISP-681494 | 1700609933 | 100003605042 | 9593926 | 05/10/2023 | GG3WT34 | Yes | 1/24/2024 | $1,570 | $1,557 | $13 | 0 |
| Meritain Health | Non-Litigation | DISP-681718 | 1700602943 | 100003551731 | 9593826 | 03/29/2023 | GB5SC74 | Yes | 2/6/2024 | $1,158 | $1,153 | $4 | 0 |
| Meritain Health | Non-Litigation | DISP-682509 | 1700593385 | 100003518576 | 9593926 | 03/01/2023 | G63YA59 | Yes | 12/10/2024 | $1,570 | $132 | $1,438 | 0 |
| Meritain Health | Non-Litigation | DISP-910115 | 1700640064 | 100003687994 | 9593826 | 08/31/2023 | GX28K09 | Yes | 12/14/2024 | $1,158 | $198 | $959 | 0 |
| Meritain Health | Non-Litigation | DISP-910590 | 1700626997 | 100003679339 | 9593826 | 07/13/2023 | GU8IF72 | Yes | 5/16/2024 | $55 | $50 | $5 | 0 |
| Meritain Health | Non-Litigation | DISP-1079997 | 1700639776 | 100003678734 | 9593826 | 07/13/2023 | GW8FC39 | Yes | 12/16/2024 | $1,158 | $74 | $1,084 | 0 |
| Meritain Health | Non-Litigation | DISP-1080020 | 1700620603 | 100003640353 | G0453 | 06/19/2023 | H475L18 | Yes | 4/15/2025 | $407 | $35 | $372 | 0 |
| Meritain Health | Non-Litigation | DISP-1080046 | 1700650159 | 100003762634 | 9593826 | 10/03/2023 | H308B61 | Yes | 8/28/2024 | $1,158 | $1,149 | $8 | 0 |
| Meritain Health | Non-Litigation | DISP-1148104 | 1700654098 | 100003803453 | G0453 | 10/26/2023 | H543L41 | Yes | 12/12/2024 | $407 | $404 | $3 | 0 |
| Meritain Health | Non-Litigation | DISP-1297818 | 1700664447 | 100003865359 | 95941 | 12/15/2023 | HA9PZ39 | Yes | 7/10/2024 | $1,654 | $1,649 | $5 | 0 |
| Meritain Health | Non-Litigation | DISP-1470347 | 1700667973 | 100003871682 | G0453 | 12/20/2023 | HD2A311 | Yes | 5/21/2025 | $407 | $29 | $378 | 0 |
| Meritain Health | Non-Litigation | DISP-1470552 | 1700673973 | 100003902072 | 95941 | 01/25/2024 | HG3UH98 | Yes | 9/18/2024 | $1,654 | $1,584 | $70 | 0 |
| Meritain Health | Non-Litigation | DISP-1471017 | 2400108002 | 100003888823 | 9593826 | 01/10/2024 | HK5E534 | Yes | 1/16/2025 | $1,158 | $54 | $1,104 | 0 |
| Meritain Health | Non-Litigation | DISP-1471154 | 1700674942 | 100003896228 | 9593826 | 01/23/2024 | HG35X61 | Yes | 2/4/2025 | $1,158 | $1,135 | $22 | 0 |
| Meritain Health | Non-Litigation | DISP-1519721 | 1700680579 | 100003945349 | 9593826 | 02/21/2024 | HK65M22 | Yes | 4/7/2025 | $95 | $94 | $2 | 0 |
| Meritain Health | Non-Litigation | DISP-1530116 | 1700565634 | 100003305387 | 9593826 | 09/19/2022 | FU8EK45 | Yes | 4/1/2025 | $1,817 | $86 | $1,731 | 0 |
| Meritain Health | Non-Litigation | DISP-1608496 | 1700689846 | 100003983802 | 9593826 | 03/26/2024 | HP4DF07 | Yes | 2/11/2025 | $1,158 | $1,117 | $40 | 0 |
| Meritain Health | Non-Litigation | DISP-1608801 | 1700689846 | 100003983802 | G0453 | 03/26/2024 | HP4DF07 | Yes | 2/6/2025 | $813 | $799 | $14 | 0 |
| Meritain Health | Non-Litigation | DISP-1683588 | 1700696719 | 100003980122 | 9593826 | 04/30/2024 | HT67C05 | Yes | 9/28/2024 | $1,158 | $1,153 | $5 | 0 |
| Meritain Health | Non-Litigation | DISP-1772927 | 1700547236 | 100003317167 | 9593826 | 09/23/2022 | FJ6DU34 | Yes | 2/10/2025 | $1,158 | $81 | $1,077 | 0 |
| Meritain Health | Non-Litigation | DISP-1772929 | 1700548917 | 100003322278 | 9593826 | 09/15/2022 | FK1N331 | Yes | 3/15/2025 | $1,158 | $81 | $1,076 | 0 |
| Meritain Health | Non-Litigation | DISP-1772935 | 1700547928 | 100003318032 | 9593826 | 09/13/2022 | FJ9CR60 | Yes | 3/16/2025 | $1,158 | $99 | $1,058 | 0 |
| Meritain Health | Non-Litigation | DISP-1783170 | 1700701645 | 100004026699 | 9593826 | 05/13/2024 | HW3BQ36 | Yes | 2/9/2025 | $1,158 | $44 | $1,113 | 0 |
| Meritain Health | Non-Litigation | DISP-1785886 | 1700702502 | 100003969109 | 9593826 | 05/06/2024 | HW82Z80 | Yes | 12/18/2024 | $1,158 | $1,131 | $26 | 0 |
| Meritain Health | Non-Litigation | DISP-1786016 | 1700689157 | 100003956553 | 9593826 | 03/25/2024 | HN8Q568 | Yes | 1/3/2025 | $1,158 | $1,152 | $5 | 0 |
| Meritain Health | Non-Litigation | DISP-2054432 | 1700696452 | 100003972972 | G0453 | 04/22/2024 | HT3QE97 | Yes | 2/11/2025 | $1,220 | $124 | $1,096 | 0 |
| Meritain Health | Non-Litigation | DISP-2054447 | 1700693448 | 100003958322 | G0453 | 04/10/2024 | HS6H349 | Yes | 4/29/2025 | $407 | $41 | $365 | 0 |
| Meritain Health | Non-Litigation | DISP-2054462 | 1700693075 | 100003988385 | G0453 | 04/08/2024 | HR6WL61 | Yes | 5/17/2025 | $813 | $41 | $772 | 0 |
| Meritain Health | Non-Litigation | DISP-2060929 | 1700717430 | 100004091635 | 9593826 | 07/11/2024 | I52E089 | Yes | 1/1/2025 | $1,158 | $31 | $1,127 | 0 |
| Meritain Health | Non-Litigation | DISP-2061031 | 2400121227 | 100004052898 | 95941 | 07/23/2024 | I52DE96 | Yes | 1/8/2025 | $3,309 | $1,426 | $1,883 | 0 |
| Meritain Health | Non-Litigation | DISP-2129509 | 1700718648 | 100004114511 | 9593826 | 07/10/2024 | I59D032 | Yes | 1/25/2025 | $1,158 | $73 | $1,085 | 0 |
| Meritain Health | Non-Litigation | DISP-2216340 | 1700644743 | 100003752315 | G0453 | 09/18/2023 | GZ8DE18 | Yes | 3/29/2025 | $407 | $33 | $374 | 0 |
| Meritain Health | Non-Litigation | DISP-2294843 | 1700725810 | 100004154807 | 9593826 | 08/13/2024 | IA3QP20 | Yes | 1/30/2025 | $1,158 | $44 | $1,113 | 0 |

| Payor | Litigation Type | Dispute | PCN | Case ID | CPT Code | Service_Date | PayerClaim# | Money Still Owed | Actual Decision Date | Awarded Total | *Total Payments | Still Owed | Litigation ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meritain Health | Non-Litigation | DISP-2389797 | 1700731012 | 100004161530 | 9593826 | 09/09/2024 | ID6EK24 | Yes | 3/3/2025 | $1,158 | $44 | $1,113 | 0 |
| Meritain Health | Non-Litigation | DISP-2390001 | 1700732281 | 100004184053 | 9593826 | 09/17/2024 | IE4D748 | Yes | 3/3/2025 | $50 | $45 | $5 | 0 |
| Meritain Health | Non-Litigation | DISP-2472752 | 1700723930 | 100004164426 | 9593926 | 08/21/2024 | I90AM22 | Yes | 3/7/2025 | $1,570 | $139 | $1,431 | 0 |
| Meritain Health | Non-Litigation | DISP-2473055 | 1700734227 | 100004197522 | G0453 | 09/18/2024 | IF6IE38 | Yes | 3/7/2025 | $813 | $125 | $688 | 0 |
| Meritain Health | Non-Litigation | DISP-2473352 | 1700734227 | 100004197522 | 9593826 | 09/18/2024 | IF6IE38 | Yes | 3/7/2025 | $1,158 | $86 | $1,071 | 0 |
| Meritain Health | Non-Litigation | DISP-2475482 | 1700723930 | 100004164426 | 9593826 | 08/21/2024 | I90AM22 | Yes | 3/7/2025 | $1,158 | $53 | $1,104 | 0 |
| Meritain Health | Non-Litigation | DISP-2506333 | 1700725278 | 100004125667 | 9593926 | 08/16/2024 | IA0V808 | Yes | 3/10/2025 | $126 | $114 | $11 | 0 |
| Meritain Health | Non-Litigation | DISP-2506761 | 1700725278 | 100004125667 | G0453 | 08/16/2024 | IA0V808 | Yes | 3/10/2025 | $813 | $61 | $752 | 0 |
| Meritain Health | Non-Litigation | DISP-2507979 | 1700734830 | 100004128262 | 9593826 | 10/03/2024 | IG04M98 | Yes | 3/10/2025 | $1,158 | $53 | $1,104 | 0 |
| Meritain Health | Non-Litigation | DISP-2508003 | 1700721012 | 100004058616 | 9593926 | 07/11/2024 | I70NA24 | Yes | 3/11/2025 | $184 | $167 | $17 | 0 |
| Meritain Health | Non-Litigation | DISP-2509152 | 1700734293 | 100004198354 | 95941 | 09/23/2024 | IF6R613 | Yes | 3/10/2025 | $6,671 | $5,634 | $1,037 | 0 |
| Meritain Health | Non-Litigation | DISP-2525818 | 1700688295 | 100003976540 | 9593926 | 03/18/2024 | HN5Q634 | Yes | 3/8/2025 | $1,570 | $117 | $1,453 | 0 |
| Meritain Health | Non-Litigation | DISP-2573463 | 1700738798 | 100004187925 | 9593826 | 10/17/2024 | II4UE28 | Yes | 3/29/2025 | $1,158 | $1,105 | $53 | 0 |
| Meritain Health | Non-Litigation | DISP-2573611 | 1700740533 | 100004226270 | G0453 | 10/23/2024 | IJ74I54 | Yes | 3/24/2025 | $101 | $82 | $18 | 0 |
| Meritain Health | Non-Litigation | DISP-2574162 | 1700740533 | 100004226270 | 9593826 | 10/23/2024 | IJ74I54 | Yes | 3/25/2025 | $1,158 | $35 | $1,122 | 0 |
| Meritain Health | Non-Litigation | DISP-2670855 | 2400123932 | 100004161781 | 9593826 | 08/29/2024 | IB3GU15 | Yes | 3/28/2025 | $56 | $41 | $15 | 0 |
| Meritain Health | Non-Litigation | DISP-2671836 | 2400123932 | 100004161781 | 95941 | 08/29/2024 | IB3GU15 | Yes | 3/28/2025 | $1,775 | $1,764 | $11 | 0 |
| Meritain Health | Non-Litigation | DISP-2693965 | 1700652148 | 100003781090 | G0453 | 10/30/2023 | H37IF30 | Yes | 4/5/2025 | $813 | $70 | $743 | 0 |
| Meritain Health | Non-Litigation | DISP-2719992 | 1700659032 | 100003841250 | 9593826 | 11/28/2023 | H76NM80 | Yes | 4/24/2025 | $1,817 | $99 | $1,718 | 0 |
| Meritain Health | Non-Litigation | DISP-2765252 | 2400124147 | 100004156946 | 95941 | 08/23/2024 | IB30C74 | Yes | 5/27/2025 | $3,550 | $1,782 | $1,768 | 0 |
| Meritain Health | Non-Litigation | DISP-2783842 | 1700658261 | 100003797316 | 9587026 | 11/09/2023 | H69AG76 | Yes | 6/6/2025 | $414 | $36 | $378 | 0 |
| Meritain Health | Non-Litigation | DISP-2893449 | 1700748984 | 100004251698 | 9593926 | 12/02/2024 | IQ0ZM05 | Yes | 5/13/2025 | $2,229 | $117 | $2,113 | 0 |
| Meritain Health | Non-Litigation | DISP-2893945 | 1700748984 | 100004251698 | 9593826 | 12/02/2024 | IQ0ZM05 | Yes | 5/15/2025 | $50 | $45 | $4 | 0 |
| Meritain Health | Non-Litigation | DISP-2988480 | 1700755720 | 100004298018 | 9593926 | 12/17/2024 | IU2L730 | Yes | 6/11/2025 | $128 | $117 | $11 | 0 |
| Meritain Health | Non-Litigation | DISP-2988567 | 1700740257 | 100004116878 | 9593926 | 10/25/2024 | IU47W99 | Yes | 6/8/2025 | $2,229 | $125 | $2,104 | 0 |
| Meritain Health | Non-Litigation | DISP-2988648 | 1700739378 | 100004183973 | 9593826 | 10/17/2024 | II3W512 | Yes | 6/13/2025 | $1,817 | $50 | $1,767 | 0 |
| Meritain Health | Non-Litigation | DISP-2988655 | 1700742991 | 100004157503 | 9587026 | 11/05/2024 | IL4RZ08 | Yes | 5/20/2025 | $1,035 | $479 | $556 | 0 |
| Meritain Health | Non-Litigation | DISP-2988791 | 1700748362 | 100004265118 | 9593926 | 11/26/2024 | IQ0MS56 | Yes | 5/21/2025 | $2,229 | $136 | $2,093 | 0 |
| Meritain Health | Non-Litigation | DISP-2988802 | 1700747020 | 100004264241 | G0453 | 11/13/2024 | IP1BZ16 | Yes | 6/8/2025 | $1,725 | $129 | $1,596 | 0 |
| Meritain Health | Non-Litigation | DISP-2988812 | 1700755840 | 100004306666 | 9593826 | 12/20/2024 | IU9E593 | Yes | 6/8/2025 | $1,817 | $46 | $1,771 | 0 |
| Meritain Health | Non-Litigation | DISP-2989188 | 1700747020 | 100004264241 | 9593926 | 11/13/2024 | IP1BZ16 | Yes | 5/24/2025 | $2,229 | $207 | $2,022 | 0 |
| Meritain Health | Non-Litigation | DISP-2989303 | 1700730940 | 100004176071 | G0453 | 09/05/2024 | IU3D152 | Yes | 5/26/2025 | $1,150 | $83 | $1,067 | 0 |
| Meritain Health | Non-Litigation | DISP-2989656 | 1700740054 | 100004198971 | 9593826 | 10/14/2024 | IJ0NI69 | Yes | 6/5/2025 | $1,817 | $45 | $1,772 | 0 |
| Meritain Health | Non-Litigation | DISP-2990069 | 1700739378 | 100004183973 | 9593926 | 10/17/2024 | II3W512 | Yes | 6/8/2025 | $2,229 | $130 | $2,099 | 0 |
| Meritain Health | Non-Litigation | DISP-2990090 | 1700683173 | 100003943816 | 95941 | 03/04/2024 | IQ4V837 | Yes | 5/12/2025 | $5,325 | $5,216 | $109 | 0 |
| Meritain Health | Non-Litigation | DISP-2990312 | 1700742991 | 100004157503 | 9593826 | 11/05/2024 | IL4RZ08 | Yes | 6/8/2025 | $1,817 | $53 | $1,764 | 0 |
| Meritain Health | Non-Litigation | DISP-2990415 | 1700750931 | 100004287932 | 9593926 | 12/11/2024 | IR09F33 | Yes | 5/28/2025 | $2,229 | $139 | $2,090 | 0 |
| Meritain Health | Non-Litigation | DISP-2990680 | 1700740257 | 100004116878 | 9593826 | 10/25/2024 | IU47W99 | Yes | 5/26/2025 | $1,817 | $48 | $1,769 | 0 |
| Meritain Health | Non-Litigation | DISP-2991160 | 1700740054 | 100004198971 | 9593926 | 10/14/2024 | IJ0NI69 | Yes | 5/28/2025 | $2,229 | $119 | $2,110 | 0 |
| Meritain Health | Non-Litigation | DISP-2991524 | 1700755840 | 100004306666 | 9593926 | 12/20/2024 | IU9E593 | Yes | 6/8/2025 | $2,229 | $119 | $2,110 | 0 |
| Meritain Health | Non-Litigation | DISP-2991617 | 1700740155 | 100004240035 | 9593926 | 10/25/2024 | IJ3ZA31 | Yes | 5/16/2025 | $2,229 | $139 | $2,090 | 0 |
| Meritain Health | Non-Litigation | DISP-2991640 | 1700748786 | 100004261159 | 9593926 | 11/26/2024 | IQ0H447 | Yes | 5/16/2025 | $2,229 | $114 | $2,115 | 0 |
| Meritain Health | Non-Litigation | DISP-2992502 | 1700753367 | 100004289003 | 9593826 | 12/10/2024 | IT03M65 | Yes | 5/23/2025 | $1,817 | $44 | $1,773 | 0 |
| Meritain Health | Non-Litigation | DISP-2992648 | 1700748362 | 100004265118 | 9593826 | 11/26/2024 | IQ0MS56 | Yes | 5/28/2025 | $1,817 | $52 | $1,765 | 0 |
| Meritain Health | Non-Litigation | DISP-2992770 | 1700753577 | 100004197032 | 9593826 | 12/16/2024 | IT3P065 | Yes | 6/9/2025 | $1,817 | $60 | $1,757 | 0 |

| Payor | Litigation Type | Dispute | PCN | Case ID | CPT Code | Service_Date | PayerClaim# | Money Still Owed | Actual Decision Date | Awarded Total | *Total Payments | Still Owed | Litigation ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meritain Health | Non-Litigation | DISP-2992950 | 1700748786 | 100004261159 | 9593826 | 11/26/2024 | IQ0H447 | Yes | 5/26/2025 | $1,817 | $44 | $1,773 | 0 |
| Meritain Health | Non-Litigation | DISP-3098804 | 1700751784 | 100004245243 | G0453 | 11/18/2024 | IR9SB48 | Yes | 5/30/2025 | $1,150 | $86 | $1,064 | 0 |
| Meritain Health | Non-Litigation | DISP-3099116 | 1700745155 | 100004251608 | 9593826 | 11/12/2024 | IM1XJ09 | Yes | 5/19/2025 | $1,817 | $297 | $1,520 | 0 |
| Meritain Health | Non-Litigation | DISP-3099434 | 1700753151 | 100004283817 | 9593926 | 12/17/2024 | IT0EY62 | Yes | 6/6/2025 | $2,229 | $134 | $2,095 | 0 |
| Meritain Health | Non-Litigation | DISP-3099661 | 1700734741 | 100004190800 | 9593826 | 09/30/2024 | IG0PA45 | Yes | 5/22/2025 | $1,817 | $78 | $1,739 | 0 |
| Meritain Health | Non-Litigation | DISP-3099695 | 1700747993 | 100004258664 | 9593926 | 11/22/2024 | IP8PR35 | Yes | 6/3/2025 | $2,229 | $139 | $2,090 | 0 |
| Meritain Health | Non-Litigation | DISP-3099716 | 1700752014 | 100004287252 | 9593826 | 12/04/2024 | IS0CJ05 | Yes | 6/3/2025 | $1,817 | $45 | $1,772 | 0 |
| Meritain Health | Non-Litigation | DISP-3099833 | 1700745155 | 100004251608 | G0453 | 11/12/2024 | IM1XJ09 | Yes | 5/30/2025 | $2,875 | $0 | $2,875 | 0 |
| Meritain Health | Non-Litigation | DISP-3100130 | 2400129849 | 100004227652 | 9593926 | 11/12/2024 | IM9QM53 | Yes | 6/12/2025 | $2,229 | $1,339 | $890 | 0 |
| Meritain Health | Non-Litigation | DISP-3100564 | 1700754813 | 100004306649 | 9593826 | 12/20/2024 | IU3RR45 | Yes | 5/31/2025 | $1,817 | $46 | $1,771 | 0 |
| Meritain Health | Non-Litigation | DISP-3101003 | 1700754813 | 100004306649 | 9593926 | 12/20/2024 | IU3RR45 | Yes | 6/13/2025 | $2,229 | $119 | $2,110 | 0 |
| Meritain Health | Non-Litigation | DISP-3101021 | 1700752014 | 100004287252 | 95941 | 12/04/2024 | IS0CJ05 | Yes | 5/22/2025 | $3,550 | $2,426 | $1,124 | 0 |
| Meritain Health | Non-Litigation | DISP-3101264 | 1700745155 | 100004251608 | 9593926 | 11/12/2024 | IM1XJ09 | Yes | 5/21/2025 | $2,229 | $214 | $2,015 | 0 |
| Meritain Health | Non-Litigation | DISP-3101497 | 1700756504 | 100004315784 | G0453 | 01/03/2025 | IU3RY15 | Yes | 6/3/2025 | $1,150 | $79 | $1,071 | 0 |
| Meritain Health | Non-Litigation | DISP-3101607 | 1700734741 | 100004190800 | 9593926 | 09/30/2024 | IG0PA45 | Yes | 6/2/2025 | $2,229 | $207 | $2,022 | 0 |
| Meritain Health | Non-Litigation | DISP-3187557 | 1700760821 | 100004313380 | 9593926 | 01/22/2025 | IX09K56 | Yes | 6/14/2025 | $2,229 | $143 | $2,086 | 0 |
| Meritain Health | Non-Litigation | DISP-3189237 | 1700759048 | 100004321189 | 9593826 | 01/07/2025 | IW7BK45 | Yes | 6/14/2025 | $1,817 | $46 | $1,771 | 0 |
| Meritain Health | Non-Litigation | DISP-3189857 | 1700761031 | 100004331299 | 9593926 | 01/21/2025 | IY10C31 | Yes | 6/13/2025 | $2,229 | $203 | $2,026 | 0 |
| Meritain Health | Non-Litigation | DISP-3189902 | 1700752476 | 100004305297 | 9593826 | 12/19/2024 | IS5B474 | Yes | 6/13/2025 | $58 | $53 | $5 | 0 |
| Meritain Health | Non-Litigation | DISP-3190177 | 1700748888 | 100004263772 | 9593826 | 11/21/2024 | IQ0ZD66 | Yes | 6/4/2025 | $1,817 | $48 | $1,769 | 0 |
| Meritain Health | Non-Litigation | DISP-3190224 | 1700761031 | 100004331299 | 9593826 | 01/21/2025 | IY10C31 | Yes | 6/14/2025 | $1,817 | $80 | $1,737 | 0 |
| Meritain Health | Non-Litigation | DISP-3190497 | 1700759122 | 100004316180 | 9593826 | 01/08/2025 | IW8X860 | Yes | 6/4/2025 | $1,817 | $49 | $1,768 | 0 |
| Meritain Health | Non-Litigation | DISP-3276726 | 1700763146 | 100004350655 | 9593826 | 01/29/2025 | IZ2UW17 | Yes | 6/17/2025 | $1,817 | $55 | $1,762 | 0 |
| Meritain Health | Non-Litigation | DISP-3277968 | 1700757134 | 100004292705 | 9593826 | 12/18/2024 | IX74X84 | Yes | 6/17/2025 | $1,817 | $82 | $1,735 | 0 |
| Meritain Health | Non-Litigation | **Total** | | | | | | | | **$181,192** | **$51,997** | **$129,195** | **0** |
| Meritain Health | **Total** | | | | | | | | | **$330,690** | **$90,446** | **$240,244** | **-** |